UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Shamar Montgomery,

   Plaintiff,

v.

CHN Community Support
Network, *et al.*,

   Defendants.

Case Nos.: 2:20-cv-1080;
2:20-cv-1359;
2:20-cv-1361;
2:20-cv-1362

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

  On April 22, 2020, the United States Magistrate Judge issued a Report and Recommendation and Order ("R&R") granting Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* in this case and in related Case Numbers 2:20-cv-1359; 2:20-cv-1361, and 2:20-cv-1362, and recommending that these cases be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B). It was also recommended that Case No. 2:20-cv-1080 be dismissed without prejudice for want of prosecution. ECF No. 8. The parties were advised of their right to object to the R&R and of the consequences of their failure to do so.

  The deadline for filing such objections has passed, and no objections were filed.

Accordingly, the R&R is hereby **ADOPTED** and **AFFIRMED** in each of the aforementioned cases.  The cases are **DISMISSED** for the reasons set forth in detail in the Magistrate Judge's R&R.

The Clerk shall docket this Order in Case Numbers 2:20-cv-1359; 2:20-cv-1361, and 2:20-cv-1362, terminate all pending motions in this and those cases, and close these cases.

**IT IS SO ORDERED**.

/s/ *Michael H. Watson*_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**